IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YANG PAO VANG, | ) | 1:11-CV-1126 AWI SKO |
|         Plaintiff, | ) | ORDER VACATING |
|    v. | ) | HEARING AND TAKING |
| | ) | MATTER UNDER |
| EQUABLE ASCENT FINANCIAL, LLC | ) | SUBMISSION |
| | ) | |
|         Defendant. | ) | |

      Defendant has noticed for hearing and decision a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6).  The matter is scheduled for hearing to be held on August 29, 2011.  Pursuant to Local Rule 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than August 15, 2011.  Plaintiff failed to do so.  Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules.  Plaintiffs are further not entitled to be heard at oral argument in opposition to the motion.  See Local Rule 230.  The Court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See id.

      Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 29, 2011, is VACATED, and no party shall appear at that time.  As of August 29, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 22, 2011   

                                                CHIEF UNITED STATES DISTRICT JUDGE