**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **YANG PAO VANG,** ) | 1:11-CV-1126  AWI SKO |
| ) | |
| **Plaintiff**, ) | |
| v. ) | **ORDER WITHDRAWING** |
| ) | **LEAVE TO AMEND AND** |
| **EQUABLE ASCENT FINANCIAL, LLC** ) | **CLOSING CASE** |
| ) | |
| **Defendant.** ) | |
| ) | |

On August 30, 2011, the Court granted Defendant's Rule 12(b)(6) and dismissed the complaint. See Court's Docket Doc. No. 10.  The Court gave Plaintiff twenty days to file an amended complaint. See id.  The Court also warned: "Since Plaintiff failed to respond in any way to the motion to dismiss (which is a violation of Local Rule 230(c)), Plaintiff is forewarned that the failure to file a timely amended complaint will result in the withdrawal of leave to amend and the closing of this case without further notice." Id.  Twenty days have now passed, yet despite the Court's warning, Plaintiff has failed to file an amended complaint.

The Court takes Plaintiff's failure to comply with the August 30 order, and the failure to heed the warning regarding termination of the case, as Plaintiff's decision to discontinue prosecution of this matter.  The Plaintiff's failure to file an amended complaint prevents this case from proceeding because the operative complaint contains no viable claims against any defendant, and the time to file an amended complaint has now passed.  Therefore, it is appropriate to close this case.

Accordingly, IT IS HEREBY ORDERED that, due to Plaintiff's failure to file an amended complaint as previously instructed, leave to amend as previously granted in the August 11, 2011 order on Defendant's motion to dismiss is WITHDRAWN, and the Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:    September 23, 2011

CHIEF UNITED STATES DISTRICT JUDGE